IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

    Petitioner,                    No. CIV S-09-1347 GGH P

    vs.

ATTORNEY GENERAL,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 28, 2009, petitioner consented to the jurisdiction of the undersigned.

        On July 20, 2009, the court issued an order stating that it was unclear whether petitioner had exhausted state court remedies. The court ordered petitioner to inform the court within ten days whether his claims had been presented to the California Supreme Court. Ten days passed and petitioner did not respond to this order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: August 31, 2009                  /s/ Gregory G. Hollows

sm1347.dis                                UNITED STATES MAGISTRATE JUDGE

1